FILED
JUL 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 240 (Rev. 9/96)

IN THE

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Mark Alan Lane
    Plaintiff

V.

FEDERAL BUREAU OF PRISONS, ET AL

    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 1269

I, MARK ALAN LANE _____ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [x] Yes    [ ] No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   F.C.I. Atlanta, Atlanta, GA.

    Are you employed at the institution?   NO   Do you receive any payment from the institution?

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [x] No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
                     NA

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
                     February 02, 2000.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    [ ] Yes    [x] No
    b. Rent payments, interest or dividends    [ ] Yes    [x] No
    c. Pensions, annuities or life insurance payments    [ ] Yes    [x] No
    d. Disability or workers compensation payments    [ ] Yes    [x] No
    e. Gifts or inheritances    [ ] Yes    [x] No
    f. Any other sources    [x] Yes    [ ] No

**RECEIVED**
JUL - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

AO 240 (Rev. 9/96)

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

Family send me money to live on.

4. Do you have **any** cash or checking or savings accounts?  [x] Yes   [ ] No

   If "Yes," state the total amount.   family, POWER ATTORNEY(?)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   [x] Yes   [ ] No

   If "Yes," describe the property and state its value.

   3,000 stock in bank

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NA

I declare under penalty of perjury that the above information is true and correct.

July 1, 2008     Mark Alan Lane / Mork Alas Lane
Date                    Signature of Applicant
                                                 Mark Alan Lane

AO 240 Reverse (Rev. 9/96)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# INMATE AUTHORIZATION

I, <u>MARK ALAN LANE</u>,

authorize the agency holding me in custody to send to the Clerk of the United States District Court for the <u>district of columbia</u> ("Clerk"), at his request, a certified copy of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $150.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

➡ **Signature:** *Mark C. L—*

★ **NOTE:** You **must sign your name** on the above line. ★

FOR OFFICIAL USE ONLY -- DO NOT WRITE BELOW THIS LINE

Name and DIN Number: _____
Civil action number: _____
Short name of case: _____

FORM G