UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mark Alan Lane<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>)<br>) | Civil Action No. 08- 1269 RJL |
| Federal Bureau of Prisons, et al.,<br>Defendant | )<br>) | |

## REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on August 15, 2008 from Unassigned (9098) to Judge Leon because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Leon
& Courtroom Deputy
Civil Case Processing Clerk
    Statistical